# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**McAIRLAIDS, INC.**

vs.

**KIMBERLY-CLARK CORPORATION, ET AL,**

Action No:   7:13CV00193
Date:   5/29/14
Judge:   Michael F. Urbanski, USDM
Court Reporter:   Carol Jacobs
Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)

Frances Waller, Joshua Long, Michael Hertz, John Rottenborn, Nathan Evans, Joshua Treece

Defendant Attorney(s)

J. Pieter van Es, Victoria Webb, Marc Cooperman, Kevin Oddo, Michael Krashin Vickie Margolis, Kenya Pierre – both firm attorneys for KC

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Argument re Claim Construction – pltf (Long). Pltf (Waller) presents on technology '702 patent overview. Pltf Ex 1-4 marked for identification. Dft notes they haven't seen prior to today. Ct notes for record. Ptlf Ex 5, 6, marked for identification. Dft (van Es) responds. Pltf (Rottenborn) presents on Fiber Web. Dft (van Es) responds. Ct will give written ruling on Fiber Web.    Pltf (Rottenborn) presents on Rollable. Dft (van Es) responds, steps back to Fiber Web. Pltf (Rottenborn) makes brief rebuttal comment.   Pltf (Evans) presents on Non-Separating Fusion of Fibers. Pltf (Long) has futher comment. Dft (van Es) responds. Recess 4:22-4:34 Reconvene Ct addresses parties on Fusion. Dft (van Es) has further comment on Fusion. Pltf (Long) presents on Tear Strength of Fiber Web.   Ct addresses parties about timing of arguments with regard to carrying over to Friday.   Ct will adjourn for the day and reconvene at 9:00am.

1:08-1:23, 1:34-4:22, 4:34-4:58   3 hours 27 mins