✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | VIRGINIA |

| McAirlaids, Inc. | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Kimberly-Clark Corporation, et al | Case Number: 7:13CV00193 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael F. Urbanski, USDJ | Long, Waller, Hertz, Rottenborn, et al | van Es, Oddo, Cooperman, et al |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/29/2014 | Carol Jacobs | Kristin Ayersman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/29/2014 | y | Y | KC Goodnights BEFORE |
| 2 | | 5/29/2014 | y | Y | KC Goodnights AFTER |
| 3 | | 5/29/2014 | y | Y | Fluff Pulp |
| 4 | | 5/29/2014 | y | Y | Super Absorbent |
| 5 | | 5/29/2014 | y | Y | McAirlaids Absorbent Core |
| 6 | | 5/29/2014 | y | Y | McAirlaids Finished Product |
| | | | | | |
| | | | | | no exhibits are scannable |
| | | | | | exhibits recv'd into evidence as demonstrative aids |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages