# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

McAirlaids, Inc.

CASE NO.: 7:13-cv-193

v.

DATE: 9/15/14

Kimberly-Clark Corp, et al

TYPE OF HEARING: hearing type

*******************************************************************************

PARTIES:

1. Robert S. Ballou
2. Josh Long
3. Kevin Oddo
4. Mark Cooperman
5. Ben Rottenborn
6. Beth Waller
7.
8.
9.
10.

*******************************************************************************

Recorded by: Frelka

Time in Court: 10-1133 (1:33)

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1,2 | | | 1107 | 1,4 | | | | |
| 1007 | 1,3,4 | | | 1111 | 1,5,4 | | | | |
| 1002 | 1,2 | | | 1115 | 4 | | | | |
| | 1,5 | | | 1116 | 1,4 | | | | |
| 1012 | 1,4 | | | 1119 | 1,5 | | | | |
| 1023 | 1,6,4 | | | 1122 | 1 | | | | |
| 1025 | 1,4 | | | 1124 | 1,2 | | | | |
| 1030 | 1,4 | | | 1128 | 1,4 | | | | |
| 1037 | 1,6,4 | | | 1129 | 6,1 | | | | |
| 1042 | 1,4 | | | 1131 | 1,4 | | | | |
| 1048 | 1,5 | | | 1133 | 1 | | | | |
| 1051 | 1,6 | | | | | | | | |
| 1054 | 1,5,4 | | | | | | | | |
| 10:58 | 1,5 | | | | | | | | |
| 1103 | 1,4,5 | | | | | | | | |