# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **MCAIRLAIDS, INC.** | Action No:  7:13-CV-00193 |
| | Date:  11/13/14 |
| vs. | Judge:  Michael F. Urbanski |
| **KIMBERLY CLARK CORPORATION AND OTHERS** | Court Reporter:  Judy Webb |
| | Deputy Clerk:  Oretha Thompson |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Frances Waller, Joshua Long, Michael Hertz, John Rottenborn | Kevin Oddo, Marc Cooperman and Katie Becker |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
Oral Argument on Objections to R&R

Attorneys present.   Arguments.   Court overrules plaintiff's objection. Order to be entered.

Time in Court:   9:08-9:35>27 minutes