IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 1 4 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY

| | |
|---|---|
| MCAIRLAIDS, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 7:13cv193 |
| | ) |
| KIMBERLY-CLARK CORPORATION, et al., | ) By:  Michael F. Urbanski |
| | )      United States District Judge |
| Defendants. | ) |

## ORDER

This patent infringement case is before the court on plaintiff McAirlaids, Inc.'s objection to the magistrate judge's denial of its motion to compel continued non-privileged treatment of document (Dkt. # 237).  For the reasons stated on the record at the November 13, 2014 hearing, McAirlaids' objection is **OVERRULED**.  The entirety of paragraph 7 of the Intellectual Assets Strategy document at issue is protected by the attorney-client privilege.

At the same time, however, McAirlaids is entitled to discover whether Kimberly-Clark received a formal opinion about the patent infringement risk in developing and marketing GoodNites, the allegedly infringing product in this case.  Kimberly-Clark is **ORDERED** to provide a witness with knowledge of this fact at the Rule 30(b)(6) deposition scheduled for next week.

As there was extensive discussion on the record at the November 13, 2014 hearing of matters the court has deemed privileged, any transcript of the hearing shall be filed **UNDER SEAL**.

It is **SO ORDERED**.

Entered:  November 13, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge