UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MCAIRLAIDS, INC. | ) | |
| | ) | |
|     **Plaintiff** | ) | |
| **v.** | ) | |
| | ) | |
| KIMBERLY-CLARK CORPORATION, | ) | **Case No. 7:13-CV-00193** |
| KIMBERLY-CLARK WORLDWIDE, | ) | |
| INC., AND KIMBERLY-CLARK | ) | |
| GLOBAL SALES, LLC | ) | |
| | ) | |
|     **Defendants** | ) | |

## ORDER

Upon McAirlaids' motion and Kimberly Clark's agreement, it is ORDERED that the Scheduling Order in this case is amended as follows:

1. Expert reports for those issues on which a party carries the burden of proof are due on or before November 26, 2014.

2. Rebuttal expert reports are due on or before December 23, 2014.

3. Expert discovery closes on January 16, 2015.

In all other respects the Scheduling Order remains as entered.

Enter:  November 17, 2014

*/s/ Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge