IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MCAIRLAIDS, INC., | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:13cv193 |
| v. | ) |
| KIMBERLY-CLARK CORPORATION, et al., | ) By: Hon. Michael F. Urbanski |
| | ) United States District Judge |
| Defendants. | ) |

## CLAIM CONSTRUCTION ORDER

For the reasons set forth in the Memorandum Opinion entered this day, the court construes the disputed terms of the '702 Patent as follows:

1. "Fiber web" requires no construction and will be given its plain and ordinary meaning;

2. "Rollable" requires no construction and will be given its plain and ordinary meaning;

3. "Non-separating fusion of the fibers occurs" means "the fibers which have been pressed onto one another can no longer be individually separated, piece-by-piece, from one another with a dissecting needle;"

4. "A pair of calender rolls having a pattern of point or line-shaped studs" means "two calender rolls where each roll has a pattern of point or line-shaped studs;" and

5. "Tear strength of the fiber web is at least 0.12 kN/m" means "tensile strength of the fiber web is at least 0.12 kN/m.

It is **SO ORDERED**.

Entered: 02-04-15

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge