IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MCAIRLAIDS, INC., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Civil Action No. 7:13cv193 |
| v. | ) |
| | ) |
| KIMBERLY-CLARK CORPORATION, et al., | ) By: Hon. Michael F. Urbanski |
| | )     United States District Judge |
|    Defendants. | ) |

## ORDER

It is **ORDERED** and **ADJUDGED** that this case is **REFERRED** to the Honorable Robert S. Ballou, United States Magistrate Judge, for the purposes of a settlement conference. The parties are advised that any information provided during the proceeding shall be treated on a confidential basis, and shall not be shared with any other officer of the court.

The Clerk is directed to send certified copies of this Order to all counsel of record and to the Honorable Robert S. Ballou, United States Magistrate Judge.

                                     Entered:  February 4, 2015

                                     *Michael F. Urbanski*

                                     Michael F. Urbanski
                                     United States District Judge